FILED
IN CLERK'S OFFICE
2015 NOV 20 PM 12 47
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Friedrich Lu, Plaintiff | ) | Civil Action No 15-11558-GAO |
| v | ) | |
| Lyndia Downie et al, defendants | ) | |

## PLAINTIFF'S MOTION TO RECONSIDER DISMISSAL OF FRED LEE

(1) "In light of Plaintiff's failure to file proof of service on Fred Lee," on Nov 5, 2015 the court dismissed defendant that defendant.

(2) Chute v Walker (CA1 2002) 281 F.3d 314, 310-320 (district court not entitled to inquire about service of process after that defendant has appeared).

(3) A court has many ways to obtain personal jurisdiction over a defendant. Service of process is merely one of them.

(4) On the surface (to the eyes of nonparties and court), Fred Lee is no different from any other defendants in this case, all of whom entered appearance via a notice of appearance. Lu is hard pressed to comprehend why Lee was singled out for special treatment.

Plaintiff: Friedrich Lu, pro se
Date: November 20, 2015
Email address: x2flu@yahoo.com
Address: ℅ St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112
 Lu serves a copy of this document electronically on the same day on counsel of record.