UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Friedrich Lu,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Downie et al,<br><br>　　　　Defendant. | *<br>*<br>*<br>*<br>*   Civil Action No. 1:  15-cv-11558-GAO<br>*<br>*<br>*<br>* |

ORDER OF DISMISSAL

July 22, 2016

O'Toole, D.J.

　　Pursuant to the Court's Opinion and Order [25] filed on July 22, 2016, this case is hereby dismissed and CLOSED.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ George A. O'Toole, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge